# Composite Exhibit

# "A"

Hartman v. Nelnet, Inc.

January 12, 2013

Richard H. Hartman, II
17 Cold Springs Ln
Candler, NC 28715

Nelnet Education Planning & Financing

Via Fax: 877-402-5816

Dear Nelnet,

My account number with Nelnet is E832432488.

You do not have my permission to call me at telephone number 813-487-8287 or at any other number. Please limit your communications with me to written correspondence only.

Sincerely yours,

Richard H. Hartman

## Contact Us 24/7

**Have a question? We're here for you—day and night!**

### FAQs
Find answers to common questions in our FAQs.

### E-mail Us
Send us an e-mail.

### Call Us 24/7
U.S.: 888.486.4722
International: 303.696.3625
**Our lines are open 24/7 (excluding holidays).**

### Where to Fax Your Documents (or Send Us a Fax)
**Fax correspondence to:** 877.402.5816

**Fax documents related to deferment, forbearance, repayment plans, or enrollment status changes:** 866.545.9196

**Fax documents related to loan discharge, forgiveness, or bankruptcy:** 303.696.5518

### Social Media
Get in touch with us on Facebook or Twitter, and we'll respond within 24 hours if not sooner!
Facebook | Twitter

### Where to Send Your Payment
Borrower payment addresses vary based on the Nelnet system on which a borrower's loan is stored. Account numbers on borrower statements are preceded by "E," "D," or "J" to indicate the appropriate payment address.

**Mail accounts starting with an "E" to:**
Department of Education
P.O. Box 740283
Atlanta, GA 30374-0283

**Mail accounts starting with an "D" to:**
Nelnet
P.O. Box 2970
Omaha, NE 68103-2970

**Mail accounts starting with an "J" to:**
Nelnet
P.O. Box 2877
Omaha, NE 68103-2877

### Related Links
Contact Us

Report Fraud

Videos & Tutorials


Options to Lower Your Payment
Learn about different repayment plans, eligibility, loan terms, and advantages.


Paying For College
Estimate how much college will cost.


Responsible Repay Access
Sign up for message alerts and access financial wellness information (requires school participation).


Send a fax for free

# Fax Status: Success!

Your fax to Nelnet at 8774025816 has been delivered successfully at 2013-01-12 14:52:07 Eastern Standard Time. The content of your fax included 1 page of coversheet with your text and 1 page of attached documents.

Thank you for using FaxZero.com

FaxZero® is copyright © 2006-2012 by ............., Inc.



From: FaxZero.com<support@faxzero.com>
Subject: **Your fax to Nelnet has succeeded**
Date: January 12, 2013 2:52:07 PM EST
To: Richard H. Hartman <rick68fl@yahoo.com>

Dear Richard H. Hartman,

Your fax to Nelnet at 8774025816 has been sent successfully!
Your fax included 1 page of coversheet with your text and 1 page of attached documents.


The fax was sent from 1-800-980-6858.

Thank you,
FaxZero.com

P.S. Check out http://www.FreePrintable.net: printable business cards,
certificates, timesheets, coloring pages, and more.


-------------------------------------------------------------
Read TERRIBLE NERD -- a new book by the creator of FaxZero.
It's a memoir. It's a love story about computers. It's kinda geeky.
http://faxzero.com/go/TerribleNerd
-------------------------------------------------------------

(id#8457163)