**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD H. HARTMAN, II,

       Plaintiffs,

v.                                  Case No. 8:13-cv-01902-T-17MAP

NELNET, INC.,

       Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE of the entry of the undersigned as counsel for Defendant, Nelnet, Inc., in the above-styled action.

                             Respectfully submitted,

                             /s/ Jaime Austrich
                             Jamie Austrich, Esquire
                             Florida Bar No. 84565
                             jaustrich@slk-law.com
                             Shumaker, Loop & Kendrick, LLP
                             101 East Kennedy Boulevard
                             Suite 2800
                             Tampa, Florida 33602
                             Telephone No.: (813) 229-7600
                             Facsimile No.:  (813) 229-1660

                             Attorneys for Defendant, Nelnet, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 16, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Jaime Austrich
Jaime Austrich