**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD H. HARTMAN, II,

     Plaintiffs,

v.                                  Case No. 8:13-cv-01902-T-17MAP

NELNET, INC.,

     Defendant.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Nelnet, Inc., ("Defendant"), files this Unopposed Motion for Extension of Time to respond to Plaintiff, Richard H. Hartman, II's ("Plaintiff"), Complaint, and in support states:

1.     Plaintiff filed and served its Complaint for Unlawful Debt Collection Practices and Jury Demand ("Complaint") against Defendant on July 31, 2013.

2.     Pursuant to the Federal Rules of Civil Procedure, a response to the Complaint is due on or before August 21, 2013.

3.     Counsel requests that the Court grant a fourteen (14) day extension of the time for Defendant to respond to the Complaint as Defendant only recently engaged counsel and Defendant and counsel need additional time to prepare a response.   Defendant's counsel is serving and filing its Notice of Appearance concurrently with this Motion.

4.     Counsel requests that the Court enter an order allowing its response to be served on or before September 4, 2013.

5.     Pursuant to Rule 3.01(g), Local Rules of the Middle District of Florida, Defendant's counsel has conferred with Plaintiff concerning the requested extension and Plaintiff advised that he has no objection to same.

SLK_TAM:#1646572v1

## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant moves this Court to extend the time to respond to the Plaintiff's Complaint until September 4, 2013.

Rule 6(b), Federal Rules of Civil Procedure, provides that, when an act is required to be done within a specified time, the Court, for cause shown, may order the period enlarged. The present motion by Defendant is made before the expiration of the response deadline and therefore is timely pursuant to Rule 6(b), Federal Rules of Civil Procedure. Counsel for Defendant is proceeding in good-faith and is not seeking the extension for the purposes of delay. No party will be unduly prejudiced if the Court grants the requested fourteen day extension of time.

Defendant respectfully requests that the Court exercise its discretion by granting an extension of time of fourteen days, or another such time as the Court deems appropriate, to respond to Plaintiff's Complaint.

Respectfully submitted,

/s/ Jaime Austrich
Jamie Austrich, Esquire
Florida Bar No. 84565
jaustrich@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.:  (813) 229-1660

Attorneys for Defendant, Nelnet, Inc.

SLK_TAM:#1646572v1

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)</u>

I HEREBY CERTIFY that I have conferred with Plaintiff and that Plaintiff has no opposition to the relief requested.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 16, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Jaime Austrich
Jaime Austrich

SLK_TAM:#1646572v1