# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RICHARD H. HARTMAN, II,

    Plaintiffs,

v.                                                                              Case No. 8:13-cv-01902-T-17MAP

NELNET, INC.,

    Defendant.

_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

    Defendant, NELNET, INC. ("NELNET"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it has no parent corporation and that there exists no publicly held corporation owning 10% or more of its stock.

                                          Respectfully submitted,

                                          /s/ Jaime Austrich
                                          Jamie Austrich, Esquire
                                          Florida Bar No. 84565
                                          jaustrich@slk-law.com
                                          Shumaker, Loop & Kendrick, LLP
                                          101 East Kennedy Boulevard
                                          Suite 2800
                                          Tampa, Florida 33602
                                          Telephone No.: (813) 229-7600
                                          Facsimile No.:  (813) 229-1660
                                          Attorneys for Defendant, Nelnet, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Jaime Austrich
Jaime Austrich