UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HARTMAN, II,

    Plaintiff,                                      Case No. 8:13-cv-1902-EAK-MAP

v.

NELNET, INC.,
NELNET SERVICING, LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that the law firm of Centrone & Shrader, LLC hereby enters its appearance as counsel of record on behalf of Plaintiff Richard Hartman, II, in the above-referenced matter, and requests that all future pleadings and papers in this cause be directed to undersigned counsel.

Dated:  November 15, 2013            Respectfully Submitted,

                                                **CENTRONE & SHRADER, LLC**
                                                1710 N. 19th Street, Suite 205
                                                Tampa, Florida 33605
                                                Phone:  (813) 360-1529
                                                Fax:   (813) 336-0832

                                                _____
                                                **GUS M. CENTRONE, ESQ.**
                                                Florida Bar No. 30151
                                                e-mail: gcentrone@centroneshrader.com
                                                **BRIAN L. SHRADER, ESQ.**
                                                Florida Bar No. 57251
                                                e-mail: bshrader@centroneshrader.com
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2013, a true and correct copy of the foregoing was presented to the Clerk of the United States District Court for the Middle District of Florida, for filing and uploading to the CM/ECF system.

_____
Attorney